IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: BRANDON L PETERMAN
MELISSA K RUGGLES
5281 ROSEDALE MILFORD COURT RD
LONDON, OH  43140-9659

CASE NO: 13-50757

CHAPTER 13

JUDGE: CHARLES M. CALDWELL

NOTICE OF INTENTION TO PAY CLAIMS

    NOTICE is hereby given of the intention of the Chapter 13 Trustee, Jeffrey P. Norman, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below .

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00028 | BANK OF AMERICA<br>PO BOX 26012 NC4 105 02 99<br>GREENSBORO, NC  27420-6012 | 16,940.31 | 1.00 % | 0.00 % | DEFICIENCY BALANCE |
| 00002 | Belinda Overcash<br>C/O Madison County Jobs & Family Service<br>200 Midway Street<br>London, OH  43140 | Paid outside | 100.00 % | 0.00 % | DOMESTIC SUPPORT |
| 00003 | Belinda Overcash<br>C/O Madison County Jobs & Family Service<br>200 Midway Street<br>London, OH  43140 | Not filed | 100.00 % | 0.00 % | NOTICE ONLY |
| 00026 | CAVALRY PORTFOLIO SRVS LLC<br>500 SUMMIT LAKE DR #400<br>VALHALLA, NY  10595 | 200.90 | 1.00 % | 0.00 % | UNSECURED |
| 00006 | Children's Radiologic Institute<br>700 Children's Drive<br>Columbus, OH  43205 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00007 | FFCC - Columbus<br>Rep For Limited Health<br>PO Box 20790<br>Columbus, OH  43220 | Not filed | 1.00 % | 0.00 % | UNSECURED |

CASE NO. 13-50757    BRANDON L PETERMAN and MELISSA K RUGGLES

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00010 | Greater Ohio Cardiology<br>136 East High Street<br>London, OH  43140 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00011 | HARLEY DAVIDSON CREDIT CORP<br>DEPT 15129<br>PALATINE, IL  60055-5129 | 1,658.54 | 1.00 % | 0.00 % | DEFICIENCY BALANCE |
| 00027 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 0.00 | 100.00 % | 0.00 % | PRIORITY |
| 00004 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 0.00 | 1.00 % | 0.00 % | UNSECURED |
| 00009 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>St Louis, MO  63195 | 13,123.67 | 1.00 % | 0.00 % | UNSECURED |
| 00029 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>St Louis, MO  63195 | 156.13 | 1.00 % | 0.00 % | UNSECURED |
| 00012 | MEADE & ASSOCIATES<br>737 ENTERPRISE DR<br>WESTERVILLE, OH  43081 | 40,141.79 | 1.00 % | 0.00 % | UNSECURED |
| 00013 | MEADE & ASSOCIATES<br>737 ENTERPRISE DR<br>WESTERVILLE, OH  43081 | 1,339.52 | 1.00 % | 0.00 % | UNSECURED |
| 00014 | Medclear Inc<br>507 Prudential Rd<br>Horsham, PA  19044 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00015 | MT CARMEL HEALTH<br>6150 E BROAD ST 2ND FL<br>COLUMBUS, OH  43213 | 3,591.07 | 1.00 % | 0.00 % | UNSECURED |

CASE NO. 13-50757   BRANDON L PETERMAN and MELISSA K RUGGLES

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00016 | Nationwide Children's Hospital<br>PO Box 182888<br>Columbus, OH  43218 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00017 | OSU Physicians<br>PO Box 740727<br>Cincinnati, OH  45274-0727 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00001 | PERITUS PORTFOLIO SERVICES<br>PO BOX 93991<br>SOUTHLAKE, TX  76092 | 11,820.97 | 100.00 % | 5.00 % | SECURED-PMSI |
| 00005 | PORTFOLIO RECOVERY ASSOC<br>PO Box 12914<br>NORFOLK, VA  23541 | 779.37 | 1.00 % | 0.00 % | UNSECURED |
| 00008 | PORTFOLIO RECOVERY ASSOC<br>PO Box 12914<br>NORFOLK, VA  23541 | 495.36 | 1.00 % | 0.00 % | UNSECURED |
| 00018 | Premier Health Care Services<br>332 Congress Park Dr<br>Dayton, OH  45459 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00019 | Premier Health Care Services<br>332 Congress Park Dr<br>Dayton, OH  45459 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00020 | Radiology Incorporated<br>10567 Sawmill Parkway, Suite 100<br>Powell, OH  43065-6671 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00025 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 976.57 | 1.00 % | 0.00 % | UNSECURED |
| 00021 | Saleem Khan MD Inc.<br>214 Elm Street<br>London, OH  43140 | Not filed | 1.00 % | 0.00 % | UNSECURED |

CASE NO. 13-50757    BRANDON L PETERMAN and MELISSA K RUGGLES

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00022 | SPRINT NEXTEL DISTRIBUTION<br>ATTN BANKRUPTCY DEPT<br>PO BOX 3326<br>ENGLEWOOD, CO  80155-3326 | 199.51 | 1.00 % | 0.00 % | UNSECURED |
| 00023 | URBANA UNIVERSITY<br>579 COLLEGE WAY<br>URBANA, OH  43078 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00024 | US Department Of Education<br>401 S State St Rm 700F<br>Chicago, IL  60605 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| | TOTAL | 91,423.71 | | | |
| 00000 | MARK ALBERT HERDER ESQ<br>1031 E BROAD ST<br>COLUMBUS, OH  43205 | 3,381.00 | 100.00 % | 0.00 % | ATTORNEY FEE |

Dated:  August 29, 2013

/s/Jeffrey P. Norman

Jeffrey P. Norman
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice Of Intention To Pay Claims was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 8/29/2013

/s/ Jeffrey P. Norman

Electronically signed by
Jeffrey P. Norman, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Jeffrey P. Norman, Chapter 13 Trustee
Mark Albert Herder Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Brandon L Peterman
Melissa K Ruggles
5281 Rosedale Milford Court Rd
London, Oh 43140-9659